McGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Sep 15, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH hopelyn_x0x and itsmarcus_betch THAT IS STORED AT PREMISES CONTROLLED BY INSTAGRAM, LLC | ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT<br><br>2:20-SW-0617-AC |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: 9/15/2020

*[signature]*
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE